(173 App. Div. 961)

### In re SUMMERS.

(Supreme Court, Appellate Division, First Department. May 19, 1916.)

ATTORNEY AND CLIENT ☞39—DISBARMENT—GROUNDS—CONVICTION OF CRIME.
    On presentation of a certified copy of the judgment of conviction of an attorney upon his plea of guilty of a felony, attempted grand larceny in the first degree, his name would be ordered stricken from the roll of attorneys, under the express provision of Judiciary Law (Consol. Laws, c. 30) § 88, par. 3.

    [Ed. Note.—For other cases, see Attorney and Client, Cent. Dig. § 52; Dec. Dig. ☞39.]

Proceedings to discipline Charles Edwin Summers, an attorney. Respondent's name ordered stricken from the roll of attorneys.

Argued before CLARKE, P. J., and LAUGHLIN, SCOTT, SMITH, and DAVIS, JJ.

Einar Chrystie, of New York City, for petitioner.

PER CURIAM. Respondent was admitted to the bar in October, 1911. On the 24th of March, 1916, at the Trial Term of the Supreme Court held in and for the county of Kings, respondent was duly convicted upon his plea of guilty of a felony, to wit, attempted grand lar-

ceny in the first degree. A certified copy of such judgment of conviction having been presented to this court, the name of the respondent must be ordered to be stricken from the roll of attorneys, under the provisions of paragraph 3 of section 88 of the Judiciary Law. Settle order on notice.